FILED
CLERK, U.S. DISTRICT COURT
JUL 2 5 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DAISY TORREZ,<br><br>　　　　　　Defendant. | CASE NO. CR 14-213-PSG<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

　　On arrest warrant issued by the United States District Court for the <u>Central District of California</u> involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. (✓) the safety of any person or the community.

2. The Court concludes:

    A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                                                                                    Page 1 of 2

1  other persons or the community.  Defendant poses a risk to the
2  safety of other persons or the community based on:
3  _nature of the offenses; substance abuse;_
4  _underlying facts of vandalism charge_
5  _and conviction; restraining order_
6
7
8  B. (✓)  Defendant has failed to demonstrate by clear and convincing
9  evidence that he is not likely to flee if released.  Defendant poses
10 a flight risk based on: _nature of the offenses;_
11 _substance abuse; insufficient bail_
12 _resources_
13
14
15
16     IT IS ORDERED that defendant be detained.
17
18
19
20 DATED: July 25, 2014           _Alicia G. Rosenberg_
                                  HONORABLE ALICIA G. ROSENBERG
21                                UNITED STATES MAGISTRATE JUDGE