# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAISY TORREZ,<br><br>Defendant. | NO. 2:14-CR-00213-PSG-1<br><br>ORDER OF DETENTION AFTER HEARING<br><br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in the Southern District of California pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

\\
\\
\\
\\

1

A.   (X)   The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on defendant's submission on the issue of detention;

- her failure to proffer any evidence to meet her burden on this issue;
- the prior revocation of her supervised release

and

B.   (X)   The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on her submission on the issue of detention;

- failure to proffer any evidence to meet her burden on this issue;
- criminal history, and prior felony convictions;
- history of substance abuse.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: September 16, 2016

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE